RACHAEL A. HONIG
Attorney for the United States
Acting Under Authority Conferred
By 28 U.S.C. § 515
ANDREW A. CAFFREY, III
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2732
email: andrew.caffrey@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JORDAN C. SCHNEIDER, | Hon. Claire C. Cecchi |
| *Plaintiffs*, | *Civil Action No.* 14-7021 (CCC) |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| PACIRA PHARMACEUTICALS, INC., | |
| *Defendant*. | |

The United States, the named states of Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin, and the District of Columbia (the "Named States"), and relator Jordan C. Schneider (the "Relator"), by their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that:

1.      The United States has filed a Notice of Election to Intervene in Part for Settlement Purposes, dated July 28, 2020 (the "Election Notice");

2.      The United States, the states of Arkansas, California, Florida, Georgia, Illinois, Louisiana,

Maryland, Massachusetts, Michigan, New York, North Carolina, and Texas (the "Settling States"), the Relator, and Defendant Pacira Pharmaceuticals, Inc. ("Pacira") have reached settlement agreements (together, the "Settlement Agreements") that require the United States, the Settling States, and the Relator to file a Joint Stipulation of Dismissal with respect to all claims against Pacira following the payment of the settlement amounts;

3.      The United States, the Settling States, and the Relator have received full payment from Pacira due under the Settlement Agreements;

4.      The claims in the above-captioned action asserted against Pacira shall be dismissed, subject to the terms and conditions set forth in the Settlement Agreements, as follows upon the filing of this stipulation with the Clerk of the Court, with each party to bear its own costs except as expressly provided to the contrary in the Settlement Agreements:

    a.  The United States' and the Settling States' claims against Pacira are dismissed with prejudice as to the Covered Conduct, as that term is defined in the above-referenced Election Notice,

    b.  All other claims asserted on behalf of the United States and the Named States are dismissed without prejudice, and;

    c.  The Relator's claims against Pacira are dismissed in their entirety, with prejudice.

With this stipulation the United States, the Named States, and the Relator are also filing a proposed order dismissing the Complaint.

Respectfully submitted,

RACHAEL A. HONIG
Attorney for the United States
Acting Under Authority Conferred
By 28 U.S.C. § 515

2

Dated: August 3, 2020                                 By:      */s/ Andrew A. Caffrey, III*
                                                               ANDREW A. CAFFREY, III
                                                               Assistant U.S. Attorney

## THE NAMED STATES

**ARKANSAS**                                                   Dated: August 3, 2020

LESLIE RUTLEDGE
Attorney General of Arkansas

By: */s/ Valerie L. Kelly*
Valerie L. Kelly
Assistant Attorney General
Arkansas Bar No. 94170
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-5309 (telephone)
(501) 682-8135 (facsimile)
valerie.kelly@arkansasag.gov

**CALIFORNIA**                                                 Dated: August 3, 2020

XAVIER BECERRA
Attorney General of California

By: */s/Nicholas N. Paul*
Nicholas N. Paul
Supervising Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1615 Murray Canyon Rd, Suite 700
San Diego, CA 92108
Tel.: (619) 358-1014
Email: Nicholas.Paul@doj.ca.gov
*Attorneys for the Plaintiff State of California*

**COLORADO**                                        Dated: August 3, 2020

PHILIP J. WEISER, Attorney General

By: /s/George A. Codding
George Codding
Colo. Atty. Reg. #18750
Senior Assistant Attorney General, MFCU
State of Colorado
1300 Broadway, 9th Floor
Denver, CO 80203
T: (720) 508-6686
F : (720) 508-6034
george.codding@coag.gov

**CONNECTICUT**                                     Dated: August 3, 2020

WILLIAM TONG
Attorney General of Connecticut

By: /s/ Robert B. Teitelman
Robert B. Teitelman
Assistant Attorney General
165 Capitol Avenue
Hartford, CT  06106-1774
robert.teitelman@ct.gov

**DELAWARE**                                        Dated: August 3, 2020

KATHLEEN JENNINGS
Attorney General of the State of Delaware

By: /s/ Edward K. Black
Edward K. Black
Deputy Attorney General
Delaware Bar No. 5302
Medicaid Fraud Control Unit
Office of the Attorney General
820 N. King Street, Fifth Floor
Wilmington, Delaware  19801
(302) 577-4209
(302) 577-3090 (Fax)
Edward.Black@delaware.gov

**DISTRICT OF COLUMBIA**                    Dated: August 3, 2020

By: /s/Jane Drummey
Jane Drummey, Esq.
Deputy Director – Medicaid Fraud Control Unit
Office of the Inspector General
Medicaid Fraud Control Unit
717 14th Street NW, Suite 430
Washington, DC  20005
(202) 727-2245

**FLORIDA**                    Dated: August 3, 2020

ASHLEY MOODY
Florida Attorney General

By: /s/ Cedell Ian Garland
Cedell Ian Garland
Deputy Director – Civil Enforcement
Florida Bar No: 58640
Office of the Attorney General
Medicaid Fraud Control Unit
PL-01, The Capitol
Tallahassee, FL 32399
Telephone: 850- 414-3904
Facsimile: 850- 410-0179
Email: Cedell.Garland@myfloridalegal.com

**GEORGIA**                    Dated: August 3, 2020

CHRISTOPHER M. CARR
Attorney General

By: /s/ Sara E. Vann
SARA E. VANN
Georgia State Bar No. 141787
Assistant Attorney General
Georgia Medicaid Fraud Control Unit
200 Piedmont Ave., S.E.
West Tower, 19th Floor
Atlanta, Georgia 30334
P: (404) 656-4998
svann@law.ga.gov
Counsel for the State of Georgia

**HAWAII**                                                    Dated: August 3, 2020

By: /s/ Dawn S. Shigezawa
Dawn S. Shigezawa
Deputy Attorney General, MFCU
Department of the Attorney General
707 Richards Street, Suite 402
Honolulu, HI 96813
dawn.s.shigezawa@hawaii.gov

**ILLINOIS**                                                  Dated: August 3, 2020

By: /s/ Frederick H. Crystal
Frederick H. Crystal
Bureau Chief, Medicaid Fraud Control Unit
Office of the Illinois Attorney General
Attorney General Kwame Raoul
100 W. Randolph St., 13th Floor
Chicago, Illinois, 60601
312-814-1624 Office
312-515-5253 Cell
312-814-5366 Fax
FCrystal@atg.state.il.us

**INDIANA**                                                   Dated: August 3, 2020

CURTIS T. HILL, JR.
Attorney General

By: /s/ Matthew Whitmire
Matthew Whitmire
Indiana State Bar No. 25866-55
Deputy Attorney General
Indiana Medicaid Fraud Control Unit
8005 Castleway Drive
Indianapolis, Indiana 46250-1946
P: (317) 915-5303
matthew.whitmire@atg.in.gov

6

**LOUISIANA**                                      Dated: August 3, 2020

JEFF LANDRY
Attorney General, State of Louisiana

By: /s/ Nicholas J. Diez
By: Nicholas J. Diez, La. Bar 31701
Assistant Attorney General
Louisiana Department of Justice
Medicaid Fraud Control Unit
1885 N. Third St.
Baton Rouge, LA 70802
Tel: (225) 326-6210
Fax: (225) 326-6295
Email:  diezn@ag.louisiana.gov

**MARYLAND**                                       Dated: August 3, 2020

BRIAN E. FROSH
Attorney General

By: /s/ W. Zak Shirley
W. Zak Shirley
Senior Civil Assistant Attorney General
Office of the Attorney General
Medicaid Fraud Control Unit
200 St. Paul Street, 18th Floor
Baltimore, MD 21202
(410) 576-6864
zshirley@oag.state.md.us

**COMMONWEALTH OF MASSACHUSETTS**                   Dated: August 3, 2020

MAURA HEALEY
Attorney General

By: /s/ Toby R. Unger
Toby R. Unger, Chief, MFD
BBO No. 633805
Assistant Attorney General
Medicaid Fraud Division
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
P: (617) 963-2033
Toby.Unger@mass.gov

**MICHIGAN**                                         Dated: August 3, 2020

DANA NESSEL
Attorney General


By: /s/ Jason Evans (P61567)
Jason Evans
First Assistant Attorney General
Health Care Fraud Division
P.O. Box 30218
Lansing, MI  48909
Tel:  (517) 241-6500

**MINNESOTA**                                        Dated: August 3, 2020

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota


By: /s/ Kirsi Poupore
KIRSI POUPORE
Assistant Attorney General
Atty. Reg. No. 0390562
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 757-1299 (Voice)
(651) 296-1410 (TTY)

**MONTANA**                                          Dated: August 3, 2020

TIM FOX
Attorney General of Montana


By: /s/ Michael J. Gee
Michael J. Gee
Montana Bar No. 13147
Assistant Attorney General
215 North Sanders
Helena, MT 59620-1401
406-444-2026
FAX: 406-444-7913
Michael.gee@mt.gov

**NEVADA**                                    Dated: August 3, 2020

AARON D. FORD
Attorney General

By: /s/ Andrew Schulke
Andrew Schulke
Nevada State Bar No. 10218
Chief Deputy Attorney General
Office of the Attorney General
5175 S. Durango Drive
Las Vegas, Nevada 89113
P: (702) 486-3420
Acshulke@ag.nv.gov

**NEW HAMPSHIRE**                              Dated: August 3, 2020

By: /s/ Thomas T. Worboys
Thomas T. Worboys, Bar No. 269530
Assistant Attorney General
Director, Medicaid Fraud Control Unit
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 271-1181
Thomas.Worboys@doj.nh.gov

**NEW JERSEY**                                 Dated: August 3, 2020

GURBIR GREWAL
Attorney General

By: /s/ Peter Sepulveda
Peter Sepulveda
Deputy Attorney General
Medicaid Fraud Control Unit
Office of the Attorney General of NJ
P.O. Box 094
Trenton, NJ 08625-0094
sepulvedap@njdcj.org

9

**NEW MEXICO**                                          Dated: August 3, 2020

HECTOR BALDERAS
New Mexico Attorney General

By: */s/ Constance Tatham*
Constance Tatham
Division Director
Medicaid Fraud Control Unit
Office of the Attorney General
P.O. Box 1508
Santa Fe, NM 87504-1508
ctatham@nmag.gov


**NEW YORK**                                            Dated: August 3, 2020

LETITIA JAMES
Attorney General

By: /s/ Alee Scott
Alee Scott
Chief of Civil Enforcement
Medicaid Fraud Control Unit
Office of the Attorney General of New York State
28 Liberty Street
New York, NY 10005
212-417-5322
Alee.Scott@ag.ny.gov

**NORTH CAROLINA**                                      Dated: August 3, 2020

JOSHUA H. STEIN
Attorney General

By: /s/ F. Edward Kirby, Jr.
F. Edward Kirby, Jr.
Special Deputy Attorney General
Medicaid Investigations Division
5505 Creedmoor Rd., Suite 300
Raleigh, NC 27612
Telephone: (9l9) 881-2320
Facsimile:(919) 571-4837
E-mail: fkirby@ncdoj.gov
N.C. Bar. # 23223

**OKLAHOMA**                                     Dated: August 3, 2020

MIKE HUNTER
Oklahoma Attorney General

By: /s/ Christopher P. Robinson
Christopher P. Robinson, OBA # 31204
Assistant Attorney General
313 NE 21st Street
Oklahoma City, OK  73105
Phone: (405) 521-4274
Fax: (405) 522-4875
Christopher.Robinson@oag.ok.gov


**RHODE ISLAND**                                 Dated: August 3, 2020

PETER F. NERONHA
Attorney General

By: /s/ James F. Dube, #4381
James F. Dube
Assistant Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400

**TENNESSEE**                                    Dated: August 3, 2020

HERBERT H. SLATERY III
Attorney General and Reporter

By: /s/ Nate Casey
Nate Casey (TN BPR No. 31060)
Assistant Attorney General
Medicaid Fraud & Integrity Division
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-2935
nate.casey@ag.tn.gov

**TEXAS**                                                    Dated: August 3, 2020

KEN PAXTON
Attorney General of Texas
By: /s/ Susan J. Miller
Susan J. Miller
State Bar No. 00794311
Susan Arenella
State Bar No. 24001320
Assistant Attorneys General
Office of the Attorney General for Texas
P.O. Box 12548
Austin, Texas 78711
Telephone:  512-475-4193
Attorneys for the State of Texas

**VIRGINIA**                                                 Dated: August 3, 2020

For the Commonwealth of Virginia:

By: /s/William Clay Garrett
William Clay Garrett
Virginia Bar Number 46881
Assistant Attorney General
Office of the Virginia Attorney General
202 N. 9th Street, Richmond, VA 23219
(804) 371-6016 – Direct Dial
(804) 786-0807 – Facsimile

**WISCONSIN**                                                Dated: August 3, 2020

JOSH KAUL
Wisconsin Attorney General

By:  /s/ Katie M. Wilson
KATIE M. WILSON
Assistant Attorney General
State Bar #1074344
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin  53707-7857
(608) 261-8116
(608) 261-7991 (Fax)
wilsonkm@doj.state.wi.us

## RELATOR JORDAN C. SCHNEIDER

Dated: August 3, 2020                    By:    */s/ Brian McCormick*
                                                BRIAN MCCORMICK
                                                Counsel for Relator Jordan C. Schneider