UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JORDAN C. SCHNEIDER,<br><br>*Plaintiffs*,<br><br>v.<br><br>PACIRA PHARMACEUTICALS, INC.,<br><br>*Defendant*. | Hon. Claire C. Cecchi<br><br>*Civil Action No.* 14-7021 (CCC)<br><br>**ORDER** |

**WHEREAS,** the United States has filed a Notice of Election to Intervene in Part for Settlement Purposes, dated July 28, 2020 (the "Election Notice"); and

**WHEREAS,** the United States, the named states of Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin, and the District of Columbia (the "Named States"), and relator Jordan C. Schneider (the "Relator") have submitted a joint stipulation of dismissal of claims against Defendant Pacira Pharmaceuticals, Inc. ("Pacira"), pursuant to settlement agreements between the United States, the states of Arkansas, California, Florida, Georgia, Illinois, Louisiana, Maryland, Massachusetts, Michigan, New York, North Carolina, and Texas (the "Settling States"), Relator, and Pacira (the "Settlement Agreements")

**IT IS** on this ___5th___ day of ___August___ 2020,

**ORDERED** that the Relator's Complaint shall be dismissed, subject to the terms and conditions set forth in the Settlement Agreements, as follows:

1. The United States' and the Settling States' claims against Pacira are dismissed with

   prejudice as to the Covered Conduct, as that term is defined in the above-referenced Election Notice,

2. All other claims asserted on behalf of the United States and the Named States are dismissed without prejudice;

3. The Relator's claims against Pacira are dismissed in their entirety, with prejudice.

Dated:  8/5/2020

HON. CLAIRE C. CECCHI
U.S. District Court Judge